**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Exactech, Inc., *et al.*,[1] | Case No. 24-12441 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref Docket Nos. 1059, 1095, 1195 & 1554** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT AGREEMENT RELATED TO QUI TAM LITIGATION AMONG EXACTECH, INC., THE UNITED STATES OF AMERICA, AND CERTAIN RELATORS, (II) AUTHORIZING THE DEBTORS TO TAKE ANY AND ALL ACTIONS NECESSARY TO EFFECTUATE THE TERMS THERETO, AND (III) GRANTING RELATED RELIEF**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code before the United States Bankruptcy Court for the District of Delaware (the "Court") on October 29, 2024.

On May 7, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Related to Qui Tam Litigation Among Exactech, Inc., the United States of America, and Certain Relators, (II) Authorizing the Debtors to Take Any and All Actions Necessary to Effectuate the Terms Thereto, and (III) Granting Related Relief* [Docket No. 1059 [sealed]; Docket No. 1095 (redacted)] (the "Motion").[2]  Attached to the Motion as Exhibit A was a proposed form of order granting the relief requested in the Motion (the "Proposed Order").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Osteon Holdings, Inc. (7042); Osteon Intermediate Holdings I, Inc. (7778); Osteon Intermediate Holdings II, Inc. (1292); Exactech, Inc. (3930); and XpandOrtho, Inc. (4250). The Debtors' service address is 2320 NW 66th Court, Gainesville, Florida 32653.

[2]  All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

On May 21, 2025, the Official Committee of Unsecured Creditors (the "Committee") filed the *Official Committee of Unsecured Creditors' Objection and Reservation of Rights to the Debtors' Motion for Entry of an Order (I) Approving Settlement Agreement Related to Qui Tam Litigation Among Exactech, Inc., the United States of America, and Certain Relators, (II) Authorizing the Debtors to Take Any and All Actions Necessary to Effectuate the Terms Thereto, and (III) Granting Related Relief* [Docket No. 1195] (the "Objection").

On July 24, 2025, the Debtors filed the *Fifth Amended Joint Chapter 11 Plan of Exactech, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1501] (as amended, supplemented, or modified from time to time, the "Plan"), which reflects a proposed resolution between the Debtors and the Committee.  A hearing on confirmation of the Plan is scheduled for September 15, 2025 at 10:00 a.m. (ET).

On August 18, 2025, the Debtors filed a notice [Docket No. 1554] with a revised version of the Proposed Order (the "Revised Proposed Order") and an unredacted version of the Settlement Agreement.

In light of the submission of the Plan, counsel to the Committee has confirmed that it no longer objects to approval of the Motion or entry of the Revised Proposed Order, which is attached hereto as **Exhibit A** for the convenience of the Court and all interested parties.

WHEREFORE, as the Debtors did not receive any objections or responses to the Motion other than the Objection, and the Committee has confirmed that it no longer objects to the Motion, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 12, 2025
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Elizabeth S. Justison*
Ryan M. Bartley (No. 4985)
Elizabeth S. Justison (No. 5911)
Andrew M. Lee (No. 7078)
1000 North King Street
Rodney Square
Wilmington, Delaware 19801
Tel.: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbartley@ycst.com
ejustison@ycst.com
alee@ycst.com

- and -

**ROPES & GRAY LLP**
Ryan Preston Dahl (admitted *pro hac vice*)
Benjamin M. Rhode (admitted *pro hac vice*)
Luke Smith (admitted *pro hac vice*)
191 N. Wacker Drive, 32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
E-mail:   ryan.dahl@ropesgray.com
       benjamin.rhode@ropesgray.com
       luke.smith@ropesgray.com

- and -

Gregg M. Galardi (No. 2991)
Lindsay Barca (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 596-9000
Facsimile:   (646) 728-1652
Email:   gregg.galardi@ropesgray.com
       lindsay.barca@ropesgray.com

*Co-counsel to the Debtors and Debtors in Possession*

3