Gordon Garreau
Beachsandfl@icloud.com | 561-467-1242
Florida, USA
**Date:** June 22, 2026
**TO:**
Armie Kargbo, Consumer Safety Officer / Regulatory Specialist
U.S. Food and Drug Administration (FDA)
MedWatch Adverse Event Reporting Program
Email: Armie.Kargbo@fda.hhs.gov

2026 JUL 10 A 9:57

**SUBJECT: Comprehensive Medical Narrative and Adverse Event Documentation – Exactech Equinoxe Shoulder System Failure and Severe Medical Complications**

**Active Court-Approved Claim Numbers: 24367 | 24368 | 24394**
**Delaware Bankruptcy Case Reference:** In re: Exactech, Inc., et al., Case No. 24-12441 (LSS)
**Patient Status:** Totally Disabled / Unable to Work
**Insurance Plan Type:** HMO (United Healthcare)

Dear Specialist Kargbo,

Thank you for your prompt response and for requesting the specific identifying details regarding my medical device failure. I am submitting this formal, comprehensive narrative tracking the past five years of severe complications, surgical interventions, prescription drug reliance, and physical barriers I face as a direct result of the failed Exactech Equinoxe Shoulder System implant.

My three active court-approved claim numbers from the Delaware restructuring proceedings are listed above to ensure this federal adverse event report is completely cross-referenced with my ongoing product liability file.

**I. Medical Device Implantation and Initial Failure Timeline**

**2021 (Initial Arthroplasty):** I underwent total right shoulder replacement surgery utilizing the Exactech Equinoxe Shoulder System. The components were implanted by Dr. Ryan Simovitch at **Jupiter Medical Center**.

**Diagnostic Blind Spots and Delayed Diagnosis:** Over the subsequent three to four years, I experienced escalating chronic pain and progressive structural dysfunction rooted deep within the joint. I repeatedly returned to Dr. Simovitch complaining of severe pain. Dr. Simovitch did perform specialized testing, including a full-body nuclear Ceretec scan and a needle aspiration. However, because low-grade, "low-line" bacterial infections form a protective biofilm directly over prosthetic hardware, these advanced diagnostic tools—along with standard routine blood work and erythrocyte sedimentation rates (sed rates)—returned false negatives showing no evidence of infection.

**Lack of Further Orthopedic Action:** Despite my roughly 40 return visits and ongoing complaints, the orthopedic team did not take the next logical diagnostic step, which would have been to scope the shoulder joint to visually investigate the hardware environment.

**Self-Directed Care and Extensive Pain Interventions:** Because the orthopedic path left me

without answers or a way to control the pain, I had to independently advocate for myself. I personally found and managed appointments on my own with neurologist Dr. Brian Costello, and independently coordinated all subsequent referrals to specialized pain management centers to seek relief for my unaddressed symptoms. I underwent extensive localized procedures including trigger point injections, suprascapular nerve blocks, and stellate ganglion neck blocks; absolutely none of these intensive medical interventions provided any relief for the deep joint pain.

## II. Device-Related Emergency Surgery and Treatment Profile

**Emergency Revision Surgery (November 19, 2024):** The localized joint pain became entirely unmanageable and excruciating, forcing emergency revision surgery to remove the compromised hardware before proper joint scoping could be scheduled. The post-surgical pathology report conclusively read: **massive cellular infection**. This infection was a direct result of the compromised implant environment that had been masked by the biofilm for years.

**Severe Hospital Complications:** Following the revision, a temporary nerve block lasted only 6 hours instead of 3 days. This severely complicated my recovery and extended my hospital stay to 4 nights while my wife slept at my bedside.

**Aggressive Antibiotic Regimen:** Following my hospital discharge, I underwent 14 consecutive weeks of continuous IV antibiotic therapy, administered three times a day. A home health nurse managed the daytime appointments. Because of the grueling 3:30 AM start time for the daily cycle, my wife—a registered nurse of 40 years, including 25 years of specialized experience in the Emergency Room (ER)—had to step in to safely administer and start the initial daily IV lines. This heavy medication profile elevated my liver enzymes to dangerously high levels, causing severe systemic illness that completely restricted my ability to walk to the bathroom independently. This was followed by an additional two months of oral antibiotics.

**Failed Nerve Ablation (May 6, 2026):** Due to chronic, unmanaged glenoid nerve pain and progressive joint destruction, I underwent an outpatient nerve ablation procedure. This intervention failed to provide relief, and the pain worsened. Two days post-procedure, once the localized steroids wore off, I suffered a catastrophic pain flare-up that kept me awake for 52 consecutive hours, resulting in two emergency room visits to date to stabilize the pain.

## III. Current Physical Condition and Medication Profile

The ongoing osteomyelitis and structural breakdown have led to a near-total loss of the physical use of my right arm, and I am in fear of losing the limb entirely. I am experiencing a progressive and alarming loss of physical strength in my right arm alongside chronic, burning nerve pain that radiates through my scapula and up into my neck. I have a documented **60% loss of use in my right arm** (leaving only 40% functional capacity) and am completely physically unable to lift any objects.

To manage this severe, chronic pain profile, I am prescribed the following heavy medications daily:

**Dilaudid (Hydromorphone):** For breakthrough severe pain.

**Buprenorphine:** For long-acting pain management.

**Xanax (Alprazolam):** To manage severe anxiety stemming from medical trauma.

**Meclizine:** To address chronic dizziness and vertigo.

**Doubled Blood Pressure Medications:** To manage severe, pain-induced hypertension.

## IV. Current Barriers to Medical Care and Systemic Failures

**Ongoing Infectious Disease Monitoring:** I remain under the active care of my infectious disease specialist, Dr. Leslie Diaz at Jupiter. While she has been highly supportive and proactive in my treatment, she has explicitly noted that managing an ongoing, low-grade infection embedded in a compromised prosthetic environment presents a complex clinical "gray area" with few clear medical precedents.

**HMO Insurance Plan Constraints:** Navigating this severe injury under a restricted HMO plan (United Healthcare) has severely delayed my access to timely care, multi-disciplinary specialist referrals, and necessary diagnostic testing, such as a requested stand-up MRI of my right shoulder and scapula.

**High-Risk Pain Management Dilemma:** Due to these chronic pain roadblocks, I am scheduled to see a new specialist, Dr. Hirschmann, to evaluate the placement of a long-term peripheral nerve stimulator wire in my shoulder as an invasive last resort to control localized pain and halt muscle wasting. However, introducing a permanent metal object back into a shoulder joint that has already suffered a massive cellular infection presents a severe medical risk. My infectious disease specialist, Dr. Diaz, has explicitly warned that leaving a foreign metal stimulator device in this compromised environment would likely trigger a secondary deep-tissue bacterial infection.

## V. Physical Evidence and Claims Alignment

I have successfully retained the physical, compromised Exactech glenoid joint hardware that was surgically extracted from my body. The manufacturer stamps and hospital serial numbers engraved directly on the actual device components perfectly match the recalled product lines published by the manufacturer.

I have already submitted all formal pathology reports, historical surgical logs, and device verification sheets directly to the New York Exactech claims department and Kroll. I am filing this formal history with you to ensure the FDA has a thorough, unedited record of the profound physical, financial, and emotional devastation caused by this defective device.

Please confirm receipt of this clinical narrative and let me know if any further corporate documentation or serial verification is required for your investigation.

Sincerely,

**Gordon Garreau**
*Self-Represented Disabled Consumer*

Patient Name: Garreau, Gordon
DOB: 1/16/1962

This record has been dictated using voice recognition software that, at times, can be inaccurate and misinterpret the physician's intended words. Therefore, "interpreted" errors may be inadvertently transcribed.

**ELECTRONICALLY SIGNED BY Matthew Wolfson, MD**
11/6/2024

# Chart Summary for Garreau, Gordon



From: **FDA Originated Letters** FDA-Originated-
Letters@fda.hhs.gov
Subject: **MW5188921 -DR**
Date: **Jun 30, 2026 at 1:15:59 PM**
To: **beachsandfl@icloud.com**

FDA-Wide Communication

 **U.S. FOOD & DRUG** ADMINISTRATION

Dear Reporter,

Thank you for submitting your voluntary medical device report to the U.S. Food and Drug Administration's (FDA) MedWatch Program. Please see the attached acknowledgement letter which confirms our receipt of your report and provides additional details.

Please DO NOT respond to this email as this inbox is used for outbound communications only.

Sincerely,

**FDA Originated Letters**
Medical Device Reporting Team
Division of Surveillance Support
Office of Regulatory Programs
Office of Product Evaluation and Quality
Center for Device and Radiological Health
U.S. Food and Drug Administration

# For more information regarding MDR policy contact:
Medical Device Reporting Team IDivision of Surveillance Support I
Office of Regulatory Programs
MDRTeamHelpdesk@fda.hhs.gov

## DO NOT RESPOND TO THIS EMAIL, IT IS A SEND-ONLY ACCOUNT.


**FDA** U.S. FOOD & DRUG
ADMINISTRATION

**June 29, 2026**

GORDON GARREAU
10265 GREEN TRAIL DR.
BOYNTON BEACH , FL 33436

Dear Reporter:

Thank you for submitting your Medical Device Report (MDR) to the Food and Drug Administration's (FDA) MedWatch program (https://www.fda.gov/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program). The FDA's Center for Devices and Radiological (CDRH) is responsible for reviewing MDRs. Your report will be entered into CDRH's Manufacturer and User Facility Device Event (MAUDE) database. Each event received by CDRH is assessed and analyzed by our reviewers to identify device problems and to determine device associated trends and the potential impact on the public health. If necessary, you will be contacted to obtain further information.

The CDRH conducts educational outreach, publishes safety alerts and public advisories, and recommends product recalls if necessary. The CDRH also uses MDR data to disseminate information to the health care community via medical/health publications. MDR data is also used for presentations, field training, for educating manufacturers, hospitals, and other health care facilities and for major medical professionals and health meetings.

All MDR reports entered into the MAUDE database are edited to remove identifying information before public release on the public facing MAUDE database at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/search.cfm.

We do not provide individual feedback for reports received. however. please note our appreciation and be

assured that our scientific staff will review the information submitted. Please reference your access number below, if you would like to file a follow-up report, wish to correspond further or if you have any questions about your report.

Access Number:  MW5188921

Thank you again for participating in the MedWatch program.

Michelle Rios, M.S.
Assistant Director
Medical Device Reporting Team
Division of Surveillance Support
Office of Regulatory Programs
Office of Product Evaluation and Quality
Center for Devices and Radiological Health

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20903
www.fda.gov

From: Gordon Garreau sr beachsandfl@icloud.com
Subject: Garreau shoulder
Date: May 18, 2026 at 11:37:41 AM
To: DICE@fda.hhs.gov

Good morning I'm calling to see what FDA will do on my Exactech shoulder recall since 3/31/2012. At HSS ORTHOPEDICS surgery done in Jupiter medical, 5 yrs of Docters pain injections Exrays mri ceretic scans trigger injections. Pain got so bad on vacation in October 2024 I was in hospital at in Arkansas. Left my vacation to go home and had a emergency surgery considering the pain I was in I still had to wait to have surgery, and sue enough I had a severe infection wher they removed part of rotator and front muscle on right shoulder followed up with 14 weeks of iv antibiotics followed up with oral antibiotics, now revision was on 11/119/2024 , I am still too this date in Docters. Pain management with two outpatient procedures. Ablashen and superscapuler nerve blocks , this ongoing treatment is reducles and has affected my marriage and life and can't swim bike and enjoy my grandchildren, HSS HOSPITAL WILL not reconice or admit the Exactech part in my shoulder was compromised and I told them about it 2 times. I was lying in bed at Jupiter Hospital in bed with wife by my side waiting for revision in pain and Docters pa came in and said doctor said my exactech part wasn't compromised, me being sedated responded you are wrong I have numbers on my phone. The first aggressive action was can I have a photograph on my phone , hear I am under pain and nervous and they want a photo instead of how are you feeling, so my wife got my phone gave it to me and I brought it up and he took a photo and left the room. Docter or Hss never brought it up again so I have report and serial numbers that match part they was recalled on exachtec website 100 percent proof. So I called Exactech and talked to Clair. Administration and she said to send it in. So I did. I was contacted by court with two claim numbers and they have all my records for claim, the hospital does not care about what I'm going threw for 5 yrs only thing they want was a reducles letter asking to join concierge program, well im on disability from shoulder , My wife is a professional nurse for over 35 yrs 25 in emergency room and said haas never seeen anytime this they are hiding what really went wrong,I continue to be under care. With infection deasese department and have to do blood work every 6 months to check for infection and going back every yr or earlier for Exrays on right shoulders, at this point on am on three pain medication, bunermorhine patch , duloxetin and Dilaudid for pain , I am pursing a complaint for FDA to get involved. My shoulder was effective by Exactech shoulder part. Please contact me when you have time. Gordon garreau 561-467-1242 thank you
Sent from my iPhone
Sent from my iPhone

**Patient Information:** Gordon Garreau (Phone: 561-0767/1242)
**Facility Involved:** Jupiter Hospital / HSS of West Palm Beach
**Primary Clinicians:** Dr. Ryan Simovich; Nathaniel Newara (Physician Assistant)
**Medical Device:** Exactech Equinoxe Shoulder System (Claims Processed: [Your Claim Numbers]) 23467- 24348- 24394   Exactech case # 24-12441 (LSS)
**Statement of Complaint:**
This complaint is regarding professional misconduct, failure to report a serious medical device injury, and active concealment of clinical findings. In 2021, I received an Exactech Equinoxe shoulder replacement. After years of persistent pain and complications, I underwent emergency revision surgery on November 19, 2024, at Jupiter Hospital due to a severe shoulder infection.
While I was immobilized in the hospital bed with an IV, the Physician Assistant, Nathaniel Newara, informed me that the surgeon had inspected the implant and determined it was not compromised or part of a recall. This was false. I provided proof of the recalled serial numbers on my phone, which the PA then photographed. I believe the surgical team knowingly misled me and my wife regarding the status of the recalled part and hid the fact that the glenoid component was infected—a condition directly related to the known defective packaging of Exactech devices manufactured before August 2021.
Despite these findings, the hospital failed to fulfill mandatory FDA reporting requirements for device-related serious injury. My condition has continued to deteriorate, resulting in a total loss of rotator cuff and muscle in my shoulder. Most recently, on May 6, 2026, a shoulder ablation at Jupiter Outpatient performed to manage chronic nerve pain resulted in permanent nerve damage and a complete loss of arm movement. I am seeking a formal investigation into the facility's reporting failures and the clinicians' intentional misrepresentation of my implant's recall status.

GARREAU, GORDON T
1/16/1982

* Auth (Verified) *

736795
2108900163

2:33

🔒 recall.exac.com

 **exactech**

# Recall Serial Number Checker

## The serial number 5432823 is affected by the recall

Please visit our **Product Safety Alert** webpage for more information.

Extra zeros might be added in front of your serial number to follow our structure. It is not an error. For example, a product serial "347490" would be converted to "0347490".

**Check Another Number**

 

# For more information regarding MDR policy contact:

Medical Device Reporting Team IDivision of Surveillance Support I Office of Regulatory Programs

MDRTeamHelpdesk@fda.hhs.gov

# DO NOT RESPOND TO THIS EMAIL, IT IS A SEND-ONLY ACCOUNT.

 **U.S. FOOD & DRUG** ADMINISTRATION

**June 29, 2026**

GORDON GARREAU
10265 GREEN TRAIL DR.
BOYNTON BEACH , FL 33436

Dear Reporter:

Thank you for submitting your Medical Device Report (MDR) to the Food and Drug Administration's (FDA) MedWatch program (https://www.fda.gov/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program). The FDA's Center for Devices and Radiological (CDRH) is responsible for reviewing MDRs. Your report will be entered into CDRH's Manufacturer and User Facility Device Event (MAUDE) database. Each event received by CDRH is assessed and analyzed by our reviewers to identify device problems and to determine device associated trends and the potential impact on the public health. If necessary, you will be contacted to obtain further information.

The CDRH conducts educational outreach, publishes safety alerts and public advisories, and recommends product recalls if necessary. The CDRH also uses MDR data to disseminate information to the health care community via medical/health publications. MDR data is also used for presentations, field training, for educating manufacturers, hospitals, and other health care facilities and for major medical professionals and health meetings.

All MDR reports entered into the MAUDE database are edited to remove identifying information before public release on the public facing MAUDE database at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/search.cfm.

We do not provide individual feedback for reports received, however, please note our appreciation and be

assured that our scientific staff will review the information submitted. Please reference your access number below, if you would like to file a follow-up report, wish to correspond further or if you have any questions about your report.

Access Number: MW5188921

Thank you again for participating in the MedWatch program.

Michelle Rios, M.S.
Assistant Director
Medical Device Reporting Team
Division of Surveillance Support
Office of Regulatory Programs
Office of Product Evaluation and Quality
Center for Devices and Radiological Health

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20903
www.fda.gov

From: **Gordon Garreau sr** beachsandfl@icloud.com
Subject: **Re: FDA MedWatch Adverse Event Reporting**
Date: **Jun 3, 2026 at 2:01:29 PM**
To: **Armie Kargbo** Armie.Kargbo@fda.hhs.gov

I just sent over serial numbers and Exactech stamp proving shoulder implant was defective. I also have three claims with EXACHTEC shoulder recall. With the court, stating comprised, right before going into surgery the pa came while I was lying in bed with iv medication and my wife by my side a 40 yrs professional nurse 25 in emergency room witness pa stating Docter ran serial numbers and my part wasn't compromised, my wife gave my phone to me being drugged up and showed him serial number stamp from exactech part. My part was compromised. They tryed to cover up. My injuries stating it was something else. He quickly wanted a snap shot. Revision surgery was 11/19/2024. When surgery was done I had a massive cellular infection from glenoid joint. In pathology report , if fda wants it I will send over . I had to have 14 weeks of iv antibiotics with a nurse 3 times a day which elevated my liver enzymes so hi I couldn't walk with out home care. Then had 2 months oral. I am still at Jupiter pain management with a shoulder ablation this made shoulder worse I went in at 10 plus. Pain , level.  Two days after ablashin . Pain started up I was up 52 hrs followed up with emergency visit over holiday weekend,, I am telling fda because Docter never reported the comprised part in January 16 when fda came out. They knew about it in march of 2024 stating this to me then 11/19/2024 I had a emergency revision surgery, these notes need to be recorded from fda to Kroll and Exactech they did no such thing.   Gordon garreau 561-467-1242
Sent from my iPhone

On Jun 3, 2026, at 1:25 PM, Kargbo, Armie *
<Armie.Kargbo@fda.hhs.gov> wrote:

Hello,

I am writing to inform you that we received a MedWatch Voluntary Report from you on 5/30/2026 for the device "**EXACHTEC shoulder equinox**".  The device information



**Sent from my iPhone**

On Jun 3, 2026, at 1:25 PM, Kargbo, Armie * <Armie.Kargbo@fda.hhs.gov> wrote:

Hello,

I am writing to inform you that we received a MedWatch Voluntary Report from you on 5/30/2026 for the device "**EXACHTEC shoulder equinox**". number, and any other name brand other than Equinoxe. We will need more device information to process this report. Your report is on hold until we

If you could please respond to this email with the device information so we can process this report that would be helpful.

Thank you,

**Armie Kargbo**
*Analyst Coder II (Contractor), Landover FIRF*
**Center for Devices and Radiological Health**
**U.S. Food and Drug Administration**
**U.S. Department of Health and Human Services**
Tel: 1-800-FDA-1088 (prompts 1-3-3).

provided in the report only stated, "**EXACHTEC shoulder equinox**". We have not been able to process this report due to unknown details. Can you please provide me with supporting details for the device? Such as model number, UDI numbers, serial number, and any other name brand other than Equinoxe. We will need more device information to process this report. Your report is on hold until we have this information to help narrow the specific device type.

If you could please respond to this email with the device information so we can process this report that would be helpful.

Thank you,

**Armie Kargbo**
*Analyst Coder II (Contractor), Landover FIRF*
**Center for Devices and Radiological Health**
**U.S. Food and Drug Administration**
**U.S. Department of Health and Human Services**
Tel: 1-800-FDA-1088 (prompts 1-3-3).

2:33

 

✕   🔒 recall.exac.com   🔖 ⬆ •••

# ⦿ exactech

# Recall Serial Number Checker

## The serial number 5432823 is affected by the recall

Please visit our **Product Safety Alert** webpage for more information.

Extra zeros might be added in front of your serial number to follow our structure. It is not an error. For example, a product serial "347490" would be converted to "0347490".

**Check Another Number**

←  ⌂

GARREAU, GORDON T
1/16/1982

736795
2108900163

Date: June 16, 2026



# For more information regarding MDR policy contact:
Medical Device Reporting Team |Division of Surveillance Support | Office of Regulatory Programs
MDRTeamHelpdesk@fda.hhs.gov

## DO NOT RESPOND TO THIS EMAIL, IT IS A SEND-ONLY ACCOUNT.

---


**FDA U.S. FOOD & DRUG** ADMINISTRATION

**February 3, 2026**

GORDON GARREAU SR
10265 GREENTRAIL DR
BOYNTON BEACH, FL 33436

Dear Reporter:

Thank you for submitting your Medical Device Report (MDR) to the Food and Drug Administration's (FDA) MedWatch program (https://www.fda.gov/safety/medwatch-fda-safety-information-and-adverse-event-reporting-program). The FDA's Center for Devices and Radiological (CDRH) is responsible for reviewing MDRs. Your report will be entered into CDRH's Manufacturer and User Facility Device Event (MAUDE) database. Each event received by CDRH is assessed and analyzed by our reviewers to identify device problems and to determine device associated trends and the potential impact on the public health. If necessary, you will be contacted to obtain further information.

The CDRH conducts educational outreach, publishes safety alerts and public advisories, and recommends product recalls if necessary. The CDRH also uses MDR data to disseminate information to the health care community via medical/health publications. MDR data is also used for presentations, field training, for educating manufacturers, hospitals, and other health care facilities and for major medical professionals and health meetings.

All MDR reports entered into the MAUDE database are edited to remove identifying information before public release on the public facing MAUDE database at https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/search.cfm.

We do not provide individual feedback for reports received, however, please note our appreciation and be

assured that our scientific staff will review the information submitted. Please reference your access number below, if you would like to file a follow-up report, wish to correspond further or if you have any questions about your report.

Access Number: MW5181791

Thank you again for participating in the MedWatch program.

Michelle Rios, M.S.
Assistant Director
Medical Device Reporting Team
Division of Surveillance Support
Office of Regulatory Programs
Office of Product Evaluation and Quality
Center for Devices and Radiological Health

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20903
www.fda.gov

**EVIDENCE INDEX:**

**TO:** The Honorable Judge Silverstein

**COURT:** U.S. Bankruptcy Court, District of Delaware

**MASTER CASE NO:** In re: Exactech, Inc., Case No. 24-12441 (LSS)

**CLAIM NUMBERS:** 24367, 24368, and 24394

**SUBMITTED BY:** Gordon Garreau, Pro Se Claimant

Dear Judge Silverstein,

I am writing formally to submit additional critical evidence to the court to maintain on file regarding ongoing claims. I am filing these documents directly to ensure the court has an independent and complete record of official official regulatory clinical findings regarding my comprehend my equinox shoulder system. The supplement filing consists of two primary sets primary sets of evidence.

To assist the Court in navigating the attached 11 items of regulatory and hospital evidence, please find the direct federal tracking access numbers provided to me by MedWatch / MedMDR regarding my compromised Equinoxe Shoulder System:

- **FDA MedWatch Portal Access Number (Initial): MW5181791**
  *Verification that the FDA successfully received the adverse event report regarding my device failure and subsequent infection.*
- **FDA MedWatch Portal Access Number (June 29 Update): MW5188921**
  *The secondary official access report issued following my subsequent June correspondence and detailed updates.*

The attached packet contains the complete 11-report chain of my sent emails, the hospital data regarding my serial numbers, and the corresponding replies from the agency.

Respectfully submitted,

**Gordon Garreau**

*Pro Se Claimant*

Phone: 561-467-1242

Email: Beachsandfl@icloud.com

**To:** Patient Experience Advocacy Office, HSS Florida

**Address:** 300 Palm Beach Lakes Blvd, West Palm Beach, FL 33401

**Email:** PatientExperience@hss.edu

**Subject:** Formal Grievance and Request for Medical Record Amendment

**Date:** May 14, 2026

Dear Patient Advocate,

I am writing to formally submit a grievance regarding the care and communication I have received from clinical staff at HSS Florida. This complaint concerns the failure to accurately document and act upon critical safety information regarding a recalled Exactech medical device that has caused me significant physical and financial hardship.

My physical ordeal began with my first surgery on **March 31, 2021**. Over the last four years, I have undergone numerous procedures, including X-rays, CT scans, needle aspirations, nerve blocks, and pain management, leading up to a recent shoulder ablation. Despite Dr. Ryan Simovich acknowledging an FDA recall for my Exactech Equinoxe shoulder system in March 2024, my condition continued to deteriorate.

This led to emergency surgery at Jupiter Medical Center on November 19, 2024. During my recovery, Physician Assistant Nathaniel Newara incorrectly stated that my serial numbers were not compromised. When I attempted to show the online confirmation on my phone, the response was to photograph my screen rather than addressing the discrepancy in my medical record.

Furthermore, my post-operative pathology report confirmed a massive cellular infection, a severe complication linked to these defective implants. My nerve block failed after six hours instead of the intended three days, and I remained hospitalized for four nights due to unmanaged pain.

The cumulative toll of these events has resulted in permanent nerve damage and total disability in my arm. This has placed an extreme financial strain on my family, exhausting our savings and forcing us to sell our home and move away from our grandchildren.

I am requesting the following actions:

1. **Amendment of Records**: I request that my medical records be amended to accurately reflect that a compromised, recalled device was identified as the source of my infection and nerve damage.
2. **Written Explanation**: I request a written response explaining why this critical safety information was dismissed by the clinical staff during my visits.

**Supporting Documentation Available Upon Request:**

- Pathology and Revision Reports confirming massive cellular infection.
- Official Hospital Serial Number Reports.
- Online Serial Number confirmation verifying the device is part of the March 2024 recall.
- Case Information: Proof of claim (two claim numbers already filed with Kroll and Exactech).

I look forward to your written response within the standard seven-day grievance acknowledgment period.

Sincerely,

Gordon Garreau

**SENDER INFORMATION:**

- **Claimant Full Name:** Gordon Thomas Garreau
- **Date of Birth / Age:** 64 years old
- **Vitals & Physical Metrics:** Height: 5' 11" (1.803 m) | Weight: 87.1 kg | BMI: 26.78 | Blood Pressure: 123/86 mmHg (Left arm, sitting) | Pulse: 82 bpm
- **Phone Number:** 561-467-1242
- **Email Address:** Beachsandfl@icloud.com

**BANKRUPTCY CASE IDENTIFIER:**

- **Exactech Bankruptcy Case Number:** 24-12441 (LSS)

**ACTIVE KROLL CLAIM NUMBERS FOR THIS PACKET:**

- **Claim No. 24367**
- **Claim No. 24368**
- **Claim No. 24369**

**IV. **
(Ve
Clin
Sub
Pro
**pai**
**nec**
Mor
**pra**
**evi**
mea

**Act**

**V. F**

The

com

**VI.**

From: **ET_Trustee** et_trustee@reismantheis.com
Subject: **Response to Exactech Inquiry**
Date: **Jul 2, 2026 at 9:17:26 AM**
To: **beachsandfl@icloud.com**

We have received your correspondence regarding a claim potentially related to the Exactech Bankruptcy, as well as your recent filings with the U.S. Bankruptcy Court in the Exactech Chapter 11 case. To be clear, Ellen Reisman, who serves as Trustee of the Exactech Settlement Trust (d/b/a the Exactech Litigation Trust) does **not** represent you. She is not your attorney.

Here is some background information about the Exactech Bankruptcy and the Exactech Settlement/ Litigation Trust: **The deadline for filing a claim against Exactech was February 7, 2025 at 4:00pm ET.**

**If you timely and properly filed a Proof of Claim Form regarding a personal injury claim, <u>no action is required at this time</u> for you to preserve or make a claim for personal injuries against Exactech.**

The Settlement/Litigation Trust, which was established by the Bankruptcy Plan, has the right to pursue certain claims in litigation to try to recover money, and, if that litigation is successful, moneys recovered from that litigation would then be available to pay some personal injury claims. As with all litigation, there is no guarantee that the litigation will be successful. As of right now, there has been no settlement of personal injury claims relating to Exactech products. Accordingly, there are presently no funds to distribute.

This litigation process will take months or possibly even years. If litigation ultimately is successful in securing funds sufficient to pay personal injury claimants and you have timely and properly filed a Proof of Claim Form, you will receive notice at that time regarding any steps you will need to take.

- If you are represented by a lawyer, you should discuss this information with your lawyer.
- If you are not sure whether you filed a Proof of Claim Form or have questions about your Proof of Claim, you can visit restructuring.ra.kroll.com/exactech for additional information.
- We cannot provide you with legal advice as to any litigation claims you may have. To the extent you believe you may have such claims, you should consult an attorney to address these matters. In particular, if you have not timely filed a Proof of Claim Form in the Exactech Bankruptcy, you should consult with an attorney.
- To the extent that you have questions regarding medical care including procedures that you believe you may have to undergo in the future, please discuss this with your healthcare provider. We cannot advise you concerning personal medical issues.
- If you have questions about an Exactech device implanted on or after October 31, 2025, or about any recalls regarding Exactech implants, please contact legal@exac.com

The best way to reach the Settlement/Litigation Trustee is at the email address: et_info@reismantheis.com

**This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient or have otherwise received this message in error, please note**

that any dissemination, distribution, printing, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

Gordon Garrett
10265 greentrail DR
Boynton Beach Fl 33436


CPU

United States Bankruptcy Court
Attn: Clerks office (For Judge Laurie
Silverstein)
824 N. Market street, 3rd Floor.
Wilmington, DE 1980)



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

9589 0710 5270 3972 1006 14

Exedah case # 24-12441 (LSS)