**Walter Reid**

732 Virginia Rail Road

Johns Island, SC 29455

(843) 377-7126

captainreid49@gmail.com

RECEIVED

2026 SEP 28 P 3: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**September 25, 2026**

**VIA Fedx**

Clerk of Intake

U.S. Bankruptcy Court, District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801

**Re: *In re Exactech, Inc., et al.*, Case No. 24-12441 (LSS)**

**Filing of Notice of Motion to Submit Contested Matter for Decision**

Dear Clerk of Intake:

Enclosed please find for filing in the above-captioned bankruptcy cases the original of the following document:

- **Notice of Motion to Submit Contested Matter for Decision Regarding Claimant Walter Reid's Motion for Allowance of Administrative Priority Claim and for Equitable Relief**

Please file this document on the official docket to notify the Court that briefing is complete and the contested matter is now ripe for decision.

Please note that I am simultaneously sending a physical courtesy copy of this filing directly to the Chambers of the Honorable Laurie Selber Silverstein on the 6th floor.

Thank you for your time and assistance in this matter.

Sincerely,

/s/ Walter Reid

**Walter Reid**

Pro Se Claimant / ADA Litigant

**Enclosure**

**Walter Reid**

732 Virginia Rail Road

Johns Island, SC 29455

(843) 377-7126

captainreid49@gmail.com

RECEIVED

2026 SEP 28 P 3:21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**September 25, 2026**

**VIA USPS CERTIFIED MAIL**

Chambers of the Honorable Laurie Selber Silverstein

U.S. Bankruptcy Court, District of Delaware

824 N. Market Street, 6th Floor, Courtroom #2

Wilmington, DE 19801

**Re: *In re Exactech, Inc., et al.*, Case No. 24-12441 (LSS)**

**Courtesy Copy: Notice of Motion to Submit Contested Matter for Decision**

Dear Judge Silverstein and Chambers Staff:

I am writing to respectfully provide a physical courtesy copy of my **Notice of Motion to Submit Contested Matter for Decision Regarding Claimant Walter Reid's Motion for Allowance of Administrative Priority Claim and for Equitable Relief**. The original is being filed concurrently with the Clerk of Intake on the 3rd floor.

Because all briefing deadlines have expired with no sur-reply requested by the Wind-Down Officer, this Notice officially informs the Court that the matter is ripe for adjudication.

In early September, I provided a physical Evidence Binder directly to Your Honor's Chambers to serve as the primary source documentary record for this contested matter. I respectfully request that the Court review this Evidence Binder in conjunction with the enclosed Notice so that a ruling on the pleadings may be issued, or the matter placed on the agenda for an upcoming Omnibus Hearing.

Thank you for your time, attention, and continued accommodations in this matter.

Respectfully submitted,

/s/ Walter Reid

**Walter Reid**

Pro Se Claimant / ADA Litigant

**Enclosure**

**NOTICE OF MOTION TO SUBMIT CONTESTED MATTER FOR DECISION REGARDING CLAIMANT WALTER REID'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE PRIORITY CLAIM AND FOR EQUITABLE RELIEF**

RECEIVED
2026 SEP 28 P 3:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

*(Related to Docket Nos. 1989, 1898, 1908, 1906, 1911, 1923, and 1930)*

**PLEASE TAKE NOTICE** that Pro Se Claimant Walter Reid (the "Claimant") hereby files this Notice of Briefing to respectfully inform the Court that briefing is complete and the matter is ripe for adjudication regarding the *Motion for Allowance of Administrative Priority Claim and for Equitable Relief* (the "Priority Claim Motion").

In support of this Notice, the Claimant states as follows:

1. **The Priority Claim Motion:** On June 24, 2026, the Claimant filed the Priority Claim Motion [D.I. 1989]. On July 15, 2026, the Claimant filed an Amended Notice of Motion [D.I. 1898], establishing an objection deadline of August 3, 2026.
2. **The Objection:** On July 31, 2026, the Wind-Down Officer filed an Objection to the Priority Claim Motion [D.I. 1908].
3. **The Reply and Evidence Binder:** [D.I. 1906] In early September 2026, the Claimant filed a formal Reply to the Wind-Down Officer's Objection [D.I. 1911]. Concurrent with the Reply, the Claimant provided a physical Evidence Binder directly to Your Honor's chambers, containing primary source exhibits, including the 2001 Exactech Employment Agreement (signed by HR and a corporate Vice President), the 1998 SEC/Deloitte IPO audit filings, and USPS Certified Mail Return Receipts.
4. **Briefing Closed:** All applicable response deadlines have now expired. The Wind-Down Officer has not sought leave to file a sur-reply, nor have any further pleadings been docketed regarding this matter.

**WHEREFORE**, the briefing phase is officially closed. The Claimant respectfully requests that the Court review the physical Evidence Binder currently resting in chambers and either (i) issue

a ruling on the pleadings based on the documentary evidence, or (ii) place this matter on the agenda for an upcoming Omnibus Hearing so an evidentiary hearing may commence.

Respectfully submitted,

Dated: September 25, 2026

/s/ Walter Reid

**Walter Reid**

Author of the Hip Typing System / Independent Software Developer

732 Virginia Rail Road

Johns Island, SC 29455

Pro Se Claimant / ADA Litigant

## CERTIFICATE OF SERVICE

I, Walter Reid, hereby certify that on September 25, 2026, I caused a true and correct copy of the foregoing *Notice of Motion to Submit Contested Matter for Decision Regarding Claimant Walter Reid's Motion for Allowance of Administrative Priority Claim and for Equitable Relief* to be served via United States Postal Service Certified Mail upon the following parties:

**Clerk of Intake**

U.S. Bankruptcy Court District of Delaware

824 N. Market Street, 3rd Floor

Wilmington, DE 19801

RECEIVED
2026 SEP 28 P 3:21
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CHAMBERS OF JUDGE LAURIE SELBER SILVERSTEIN**

U.S. Bankruptcy Court - District of Delaware

824 N. Market Street, 6th Floor, Courtroom # 2

Wilmington, DE 19801

**Office of the United States Trustee**

J. Caleb Boggs Federal Building

844 King Street, Suite 2207, Lockbox 35

Wilmington, DE 19801

**Attn: Matthew McCaughey, Esq. (Counsel for Exactech)**

Ropes & Gray LLP

Prudential Tower, 800 Boylston Street

Boston, MA 02199-3600

**Matthew Dundon, Liquidating Trustee**

Dundon Advisers, LLC

565 Fifth Avenue, 16th Floor

New York, NY 10017

**Kirkland & Ellis LLP (Counsel for TPG)**

333 Wolf Point Plaza

Chicago, IL 60654

**Hogan McDaniel**

Attn: Daniel K. Hogan, Esq.

1311 Delaware Avenue

Wilmington, DE 19806

**Brown Rudnick LLP (Counsel for the Creditors' Committee)**

Attn: Eric R. Goodman, Esq. & David J. Molton, Esq.

Seven Times Square

New York, NY 10036

Dated: September 25, 2026

9-25-2026

Respectfully submitted,

/s/ Walter Reid

**Walter Reid**

Pro Se / ADA Claimant

732 Virginia Rail Road

Johns Island, SC 29455

843-377-7126

captainreid49@gmail.com